**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000556**
**27-DEC-2017**
**10:27 AM**

NO. CAAP-17-0000556

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant,
v.
MISTY HAYASHI, Defendant-Appellee
and
JONATHAN WAKUMOTO, Defendant.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 15-1-000313)

ORDER GRANTING THE DECEMBER 8, 2017 MOTION TO DISMISS APPEAL
(By: Nakamura, Chief Judge, Fujise and Chan, JJ.)

Upon consideration of the Motion for Order Dismissing Appeal, filed on December 8, 2017 by Plaintiff-Appellant State of Hawai'i (State), the papers in support, and the records and files herein, it appears that: (1) the State moves to dismiss its appeal and (2) court-appointed counsel for Defendant-Appellee Mitsy Hayashi does not object to dismissal of the appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed, pursuant to Rule 42(b) of the Hawai'i Rules of Appellate Procedure.

DATED: Honolulu, Hawai'i, December 27, 2017.

Chief Judge

Associate Judge

Associate Judge